EDWARD KLEPEIS et al., Respondents, v. TOWN OF ROSENDALE, Appellant. —

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, JJ., concur.

In the Matter of JAMES E. CONNELLY et al., Petitioners, v. STATE LIQUOR AUTHORITY, Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

(June 19, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN SMITH, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD PORTER, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

In the Matter of the Claim of EDNA STAMP, Appellant, v. NEW YORK TRAINING SCHOOL FOR BOYS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.